IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH, LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>HALCO LIGHTING TECHNOLOGIES, LLC,<br><br>Defendant. | C.A. No. _____<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Blackbird Tech LLC d/b/a Blackbird Technologies states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: October 19, 2016<br><br>OF COUNSEL<br><br>Christopher Freeman<br>cfreeman@blackbird-tech.com<br>Wendy Verlander<br>wverlander@blackbird-tech.com<br>Sean K. Thompson<br>sthompson@blackbird-tech.com<br>Blackbird Tech LLC d/b/a<br>Blackbird Technologies<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br>617.307.7100 | STAMOULIS & WEINBLATT LLC<br><br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>  stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>  weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Attorneys for Plaintiff*<br>*Blackbird Tech LLC*<br>*d/b/a Blackbird Technologies* |